THE LAW OFFICES OF JOSEPH A. ROMANO, PC

# ROMANO | AT LAW

WORKERS' COMPENSATION · DISABILITY · PENSIONS · PERSONAL INJURY

January 29, 2021

Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

**Re: Prieto, Enzo, 1:20-cv-03941-RWL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

Dear Judge, Lehrburger:

Our office inadvertently filed our motion on January 27, 2021, when we should have sent our issues letter to defense counsel first pursuant to the scheduling order. We have already spoken with defense counsel Mr. Joseph Pantoja, who said that he will treat our motion and memorandum as the issues letter. We therefore respectfully request to withdraw our motion without prejudice.

If both parties are unable to reach an agreement, our office will re-file our motion on 2/26/2021. We sincerely apologize for the inconvenience caused.

Respectfully Yours,

/s/ Joseph A. Romano

Joseph A. Romano
The Law Offices of Joseph A. Romano, P.C.
1776 Eastchester Road
Bronx, NY 10461

SO ORDERED:
2/1/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE