UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ENZO PRIETO,

                Plaintiff,                20 **CIVIL** 3941 (RWL)

        -against-                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated August 6, 2021, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion is DENIED, the Plaintiff's motion is GRANTED, and the case is REMANDED for further proceedings consistent with this opinion.

**Dated:**  New York, New York
        August 6, 2021

                                                    **RUBY J. KRAJICK**

                                                      Clerk of Court
                        **BY:**
                                                      **Deputy Clerk**